IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EUGENE CARTER, II,

       Plaintiff,

v.                                            3:05cv490-WS

ANDERSON'S THRIFTY DRUG STORE,
et al.,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 8) docketed February 22, 2006. The magistrate judge recommends that the plaintiff's complaint be dismissed for lack of jurisdiction. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 8) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint, and this action, are DISMISSED for lack of jurisdiction.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this March 31, 2006.


    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE